IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN LUJAN,

    Plaintiff,

v.                                                      No. 13-cv-0438 JB/SMV

CITY OF SANTA FE and
ROBERT ROMERO,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    Monday, August 19, 2013, at 3:30 p.m.

    **Matter to be heard**:  Scheduling a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Monday, August 19, 2013, at 3:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.