Hunnicutt, Costello Reporting, Inc.

Post Office Box 68
Glorieta, NM 87535
EIN #85-0385311

(505) 474-9770

| DATE | INVOICE # |
|---|---|
| 12/12/2012 | 4372 |

| BILL TO |
|---|
| CITY OF SANTA FE ATTORNEY<br>200 Lincoln Avenue<br>P.O. Box 909<br>Santa Fe, NM  87504-0909<br>ATTN:  MARK L. ALLEN, ESQ. |

| MARTIN LUJAN vs. CITY OF SANTA FE | TERMS | DUE DATE | REP |
|---|---|---|---|
| | Net 30 | 1/11/2013 | MRC |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| REPORTER'S TRANSCRIPT OF PROCEEDINGS  - VOLUME III | | 0.00 |
| DATE TAKEN:  November 8, 2012 | | 0.00 |
| Original & Copy Hearing Transcript(s) | 302 | 2,114.00T |
| E-transcript & pdf - (Mr. Allen, Ms. Maynes & Ms. Bowen)<br>No Additional Charge - included in Transcript Fee | 1 | 0.00 |
| Handling - Priority Mail - Transcripts | 1 | 7.00T |
| PLEASE NOTE:  In the event the Appellant orders and pays for a Copy Transcript,  the appropriate amount will be refunded.) | | |

THANK YOU!

1.25% Interest on Balances over 30 days.  Minimum $10 per month.

| | |
|---|---|
| **Subtotal** | $2,121.00 |
| **Sales Tax  (6.625%)** | $140.52 |
| **Total** | $2,261.52 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,261.52 |


Exhibit C