IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN LUJAN,

      Plaintiff,

vs.                                                            No. CIV 13-0438 JB/SMV

CITY OF SANTA FE and
ROBERT ROMERO,

      Defendants.

## FINAL JUDGMENT

Pursuant to rule 58 of the Federal Rules of Civil Procedure, the Court enters judgment in this matter. Having granted summary judgment in favor of the Defendants in an order entered concurrently herewith, <u>see</u> Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed September 30, 2016 (Doc. 107),

**IT IS ORDERED** that Final Judgment is entered in the Defendants' favor on all of the Plaintiff's claims, which are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Martin Lujan
Santa Fe, New Mexico

    *Plaintiff Pro se*

Luis E. Robles
David Anthony Roman
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*